UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 07 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. **11CR0279** |
| | ) Violations: Title 26, United States Code, |
| MIR RAZVI | ) Sections 7206(1) and 7203 |

JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS

### COUNT ONE

The SPECIAL FEBRUARY 2011-2 GRAND JURY charges:

On or about April 15, 2005, in the Northern District of Illinois and elsewhere,

MIR RAZVI,

defendant herein, a resident of the Northern District of Illinois, had and received a gross income of approximately $28,383; by reason of such income defendant was required by law, following the close of the calendar year 2004 and on or before April 15, 2005, to make an income tax return to the Director of the Internal Revenue Service Center, Midwest Region, Kansas City, Missouri, or to the District Director of the Internal Revenue Service for the Internal Revenue District of Chicago, or to any other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; well knowing all the foregoing facts, he willfully failed to make an income tax return to said Director of the Internal Revenue Service Center, to said District Director of the Internal Revenue Service, or to any other proper officer of the United States;

In violation of Title 26, United States Code, Section 7203.

## COUNT TWO

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about April 15, 2006, in the Northern District of Illinois and elsewhere,

MIR RAZVI,

defendant herein, wilfully made and subscribed and caused to be made and subscribed a United States Individual Income Tax Return (Form 1040EZ) for the calendar year 2005, which return was verified by a written declaration that it was made under the penalty of perjury, and filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter in that the return reported wages of $6,000 on line 1 and adjusted gross income of $6,000 on line 4 when defendant knew that in fact his reported wages and adjusted gross income were false and that his wages and adjusted gross income substantially exceeded the amounts reported;

In violation of Title 26, United States Code, Sections 7206(1).

## COUNT THREE

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about April 15, 2007, in the Northern District of Illinois and elsewhere,

MIR RAZVI,

defendant herein, wilfully made and subscribed and caused to be made and subscribed a United States Individual Income Tax Return (Form 1040EZ) for the calendar year 2006, which return was verified by a written declaration that it was made under the penalty of perjury, and filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter in that the return reported wages of $14,400 on line 1 and adjusted gross income of $14,400 on line 4 when defendant knew that in fact his reported wages and adjusted gross income were false and that his wages and adjusted gross income substantially exceeded the amounts reported;

In violation of Title 26, United States Code, Sections 7206(1).

## **COUNT FOUR**

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about April 15, 2008, in the Northern District of Illinois and elsewhere,

MIR RAZVI,

defendant herein, wilfully made and subscribed and caused to be made and subscribed a United States Individual Income Tax Return (Form 1040EZ) for the calendar year 2007, which return was verified by a written declaration that it was made under the penalty of perjury, and filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter in that the return reported wages of $15,400 on line 1 and adjusted gross income of $15,400 on line 4 when defendant knew that in fact his reported wages and adjusted gross income were false and that his wages and adjusted gross income substantially exceeded the amounts reported;

In violation of Title 26, United States Code, Sections 7206(1).

**COUNT FIVE**

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about April 15, 2009, in the Northern District of Illinois and elsewhere,

MIR RAZVI,

defendant herein, wilfully made and subscribed and caused to be made and subscribed a United States Individual Income Tax Return (Form 1040A) for the calendar year 2008, which return was verified by a written declaration that it was made under the penalty of perjury, and filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter in that the return reported wages of $24,000 on line 7 and total income of $24,000 on line 15 when defendant knew that in fact his reported wages and total income were false and that his wages and total income substantially exceeded the amounts reported;

In violation of Title 26, United States Code, Sections 7206(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY